IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT E. SMITH,

        Plaintiff,

v.                                        3:07cv106-WS

HEALTHEASE,

        Defendant.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 7) docketed June 1, 2007. The magistrate judge recommends that the case be dismissed for failure to comply with an order of the court. The plaintiff has filed no objections to the report and recommendation.

Upon review of the record, the court has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. This case is hereby DISMISSED without prejudice for failure to comply with an order of the court.

3.  The clerk is directed to enter judgment accordingly.

DONE AND ORDERED this   5th   day of   July  , 2007.


                            s/ William Stafford
                            WILLIAM STAFFORD
                            SENIOR UNITED STATES DISTRICT JUDGE